UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CASTRO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01434 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 15) |

　　　　Plaintiff filed his opening brief in the action on June 12, 2015. (Doc. 14)  Pursuant to the terms of the Court's Scheduling Order, Defendant's response was to be filed within thirty days, or no later than July 13, 2015. (Doc. 5-1 at 3)  On July 13, 2015, the parties filed a stipulation for Defendant to have an extension of time to file response (Doc. 15), which Defendant filed on July 14, 2015 (Doc. 16). Because the Scheduling Order permits an extension of thirty days upon the stipulation of the parties, the extension of time requested by Defendant was appropriate.

　　　　Accordingly, **IT IS HEREBY ORDERED** that Defendants's request for an extension of time (Doc. 16) is **GRANTED** nunc pro tunc.

IT IS SO ORDERED.

　　Dated:　**July 20, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE